UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
KEVIN J. JUDGE,                          :
                                         :
                Plaintiff,               :
                                         :        05 Civ. 2440 (JSR)
         -v-                             :
                                         :        ORDER
NEW YORK CITY POLICE DEPARTMENT and      :
CITY OF NEW YORK,                        :
                                         :
                Defendants.              :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

        On September 16, 2009 the parties in this case telephonically

informed the Court that they have reached a settlement.  Accordingly,

the case is hereby dismissed with prejudice, but with leave to any

party to move within 30 days from the date hereof to reopen the case

if the settlement is not fully effectuated.

        SO ORDERED.



                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        September 17, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09